■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. GADSDEN, Appellant. (Appeal No. 2.)—Case held, decision reserved, motion to relieve counsel of his assignment granted and new counsel to be assigned. Same Memorandum as *People v Gadsden* ([appeal No. 1] 185 AD2d 713 [decided herewith]). (Appeal from Judgment of Steuben County Court, Scudder, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Boomer, J. P., Pine, Fallon, Davis and Doerr, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. GADSDEN, Appellant. (Appeal No. 3.)—Case held, decision reserved, motion to relieve counsel of his assignment granted and new counsel to be assigned. Same Memorandum as *People v Gadsden* ([appeal No. 1] 185 AD2d 713 [decided herewith]). (Appeal from Judgment of Steuben County Court, Purple, Jr., J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Boomer, J. P., Pine, Fallon, Davis and Doerr, JJ.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT A. HENNINGER, Appellant.—Judgment unanimously affirmed. Memorandum: County Court did not abuse its discretion in denying defendant youthful offender status. The record fails to establish the existence of "significant mitigating circumstances" *(People v Cruickshank,* 105 AD2d 325, 334, *affd sub nom. People v Dawn Maria C.,* 67 NY2d 625). Moreover, we decline to exercise our discretion in the interest of justice to vacate the conviction and adjudicate defendant a youthful offender *(cf., People v Shrubsall,* 167 AD2d 929). (Appeal from Judgment of Wayne County Court, Parenti, J.—Sexual Abuse, 1st Degree.) Present—Boomer, J. P., Pine, Fallon, Davis and Doerr, JJ.